LAJADA BRENYA JOHNSON
212 CR 5286
BAY SPRINGS, MS 39422

KLARNA
PO BOX 8116
COLUMBUS, OH 43201

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

MOHELA
633 SPIRIT DRIVE
CHESTERFIELD, MO 63005

ACIMA
9815 S MONROE ST
SANDY, UT 84070

RAPID RENTALS
5333 HWY 80
MORTON, MS 39117

ADRIAN COLE
208 CR 5286
BAY SPRINGS, MS 39422

SEZZLE
251 N 1ST AVE
MINNEAPOLIS, MN 55401

AFFIRM
443 IRVING DR
BURBANK, CA 91504

SYNCHRONY BANK
ATTN: BANKRUPTCY
POB 965065
ORLANDO, FL 32896

AFFIRM, INC.
ATTN: BANKRUPTCY
650 CALIFORNIA ST
FL 12
SAN FRANCISCO, CA 94108

TOYOTA FINANCIAL SERV
ATTN: BANKRUPTCY
PO BOX 22171
TEMPE, AZ 85285

AFTERPAY
222 KEARNY ST #600
SAN FRANCISCO, CA 94103

TRIAD FINANCIAL SERV
ATTN: BANKRUPTCY
13901 SUTTON PARK DR S
SUITE 300
JACKSONILLE, FL 32224

BK FST MACON
110 S JEFFERSON
MACON, MS 39341

JATAURAN SIMMONS
1626 COUNTY ROAD 16
LOUIN, MS 39338