Certificate Number: 17082-MSS-DE-040919804

Bankruptcy Case Number: 26-50518



17082-MSS-DE-040919804

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 29, 2026, at 8:54 o'clock PM MST, LAJADA JOHNSON completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   April 30, 2026

By:    /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:   Executive Director