# Proceeding Minutes / Proceeding Memo

**Case #:** 26-50518       **Case Name:** Lajada Brenya Johnson

**Set:** 06/16/2026 01:30 pm  **Chapter:** 13  **Type:** bk     **Judge** Katharine M. Samson

**matter** Confirmation Hearing

---

Minute Entry Re: (related document(s): [8] Confirmation Hearing) No objections filed. Confirmation hearing removed. (mcc)