United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                                  Case No. 26-50518-KMS

Lajada Brenya Johnson                                                                    Chapter 13

　　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                              User: mssbad                                       Page 1 of 2

Date Rcvd: May 20, 2026                       Form ID: n031                               Total Noticed: 16

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

++++              Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lajada Brenya Johnson, 212 CR 5286, Bay Springs, MS 39422-4528 |
| 5645329 | + | Adrian Cole, 208 CR 5286, Bay Springs, MS 39422-4528 |
| 5645330 | + | Affirm, 443 Irving Dr, Burbank, CA 91504-2447 |
| 5645333 | ++++ | BK FST MACON, 3055 JEFFERSON ST, MACON MS 39341-2275 address filed with court:, Bk Fst Macon, 110 S Jefferson, Macon, MS 39341 |
| 5645334 | + | JaTauran Simmons, 1626 County Road 16, Louin, MS 39338-3370 |
| 5645337 | + | Rapid Rentals, 5333 Hwy 80, Morton, MS 39117-3704 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5645328 | + | Email/Text: bankruptcy@acima.com | May 20 2026 19:55:00 | Acima, 9815 S Monroe St, Sandy, UT 84070-4296 |
| 5645331 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 20 2026 19:57:20 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5645332 | ^ | MEBN | May 20 2026 19:49:02 | Afterpay, 222 Kearny St #600, San Francisco, CA 94108-4509 |
| 5668439 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 20 2026 19:56:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5645335 | | Email/Text: customerservice.us@klarna.com | May 20 2026 19:55:00 | Klarna, PO Box 8116, Columbus, OH 43201 |
| 5645336 | | Email/Text: EBN@Mohela.com | May 20 2026 19:55:00 | Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5645338 | | Email/Text: credit-bureau-reporting-disputes@sezzle.com | May 20 2026 19:55:00 | Sezzle, 251 N 1st Ave, Minneapolis, MN 55401 |
| 5645339 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 20 2026 19:57:25 | Synchrony Bank, Attn: Bankruptcy, Pob 965065, Orlando, FL 32896-5065 |
| 5645340 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 20 2026 19:55:00 | Toyota Financial Serv, Attn: Bankruptcy, Po Box 22171, Tempe, AZ 85285-2171 |
| 5645341 | ^ | MEBN | May 20 2026 19:49:25 | Triad Financial Serv, Attn: Bankruptcy, 13901 Sutton Park Dr S, Suite 300, Jacksonille, FL 32224-0230 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 0538-6         User: mssbad         Page 2 of 2

Date Rcvd: May 20, 2026         Form ID: n031         Total Noticed: 16

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2026         Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Lajada Brenya Johnson trollins@therollinsfirm.com<br>jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 26−50518−KMS
**Chapter:** 13

**In re:**

Lajada Brenya Johnson
212 CR 5286
Bay Springs, MS 39422

Notice of Entry of Order Confirming Plan

The Court entered an Order on May 20, 2026 (Dkt. # 20 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: May 20, 2026

Danny L. Miller, Clerk of Court