## IN THE UNITED STATES BANKRUPTCY COURT
## FOR SOUTHERN DISTRICT OF MISSISPPI (Gulfport-6 Divisional Office)

IN RE:    **Lajada Brenya Johnson**                     CASE NO.  26-50518-KMS

         **DEBTOR**                                      CHAPTER 13

### NOTICE OF APPEARANCE

Comes now SARAH DUNAGAN LABOSIER, an attorney authorized to practice in this Court, and files her notice of appearance on behalf of TRIAD FINANCIAL SERVICES, INC., pursuant to Rule 9010 (b), Federal Rules of Bankruptcy Procedure.  Please direct all future notices to which TRIAD FINANCIAL SERVICES, INC., is entitled to the address below.

Dated this 30th day of June, 2026.

OF COUNSEL:
PADGETT LAW GROUP                     BY:   /s/ Sarah Dunagan Labosier
6267 Old Water Oak Road                     SARAH DUNAGAN LABOSIER
Suite 203                                   MS Bar No. 103522
Tallahassee, FL 32312                       Attorney for Creditor
850-422-2520
Sarah.Labosier@padgettlawgroup.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the attorney of record for Debtor, Thomas Carl Rollins, Jr, trollins@therollinsfirm.com, the Trustee of record, David Rawlings, ecfnotices@rawlings13.net, and U.S. Trustee, USTPRegion05.JA.ECF@usdoj.gov, electronically through the Court's electronic filing system.

Dated this 30th day of June, 2026.

                                        /s/ Sarah Dunagan Labosier
                                        MS Bar No. 103522
                                        SARAH DUNAGAN LABOSIER