**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Lajada Brenya Johnson, Debtor**                **Case No. 26-50518-KMS**
                                                                                          **CHAPTER 13**

## <u>OBJECTON TO NOTICE OF POST-PETITION MORTGAGE FEES, EXPENSES, AND CHARGES</u>

COMES NOW Debtor, by and through counsel, and file this Objection to Notice of Post-Petition Fees, Expenses, and Charges and would show onto the Court:

1.  Triad Financial Services, Inc ("Mortgage Company") filed its Notice of Post-Petition Fees, Expenses, and Charges on or about August 3, 2026 in the amount of $500.00 and itemized as:

    a.  6/8/2026 Bankruptcy/Proof of Claim Fees $350.00

    b.  6/8/2026 POC410A $150.00

2.  That said amounts are excessive.

3.  That, the total fees requested should be reduced to $350.00.

Wherefore, Premises considered, Debtor prays that this Objection be received and filed, and this Honorable Court will enter its Order sustaining Debtor's Objection, and for such other, further and general relief to which the Debtor's may be entitled.

THIS the 5th day of August, 2026.

<div style="margin-left:50%">

Respectfully submitted,
Tyson and Christina Dawsey

By: <u>/s/ Thomas C. Rollins, Jr.</u>
    Thomas C. Rollins, Jr.
    Attorney for Debtor

</div>

Of Counsel:
Thomas C. Rollins, Jr. (Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601.500.5333
trollins@therollinsfirm.com

## **<u>CERTIFICATE OF SERVICE</u>**

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Objection was forwarded on this 5th day of August 2026 to:

By first class mail, postage pre-paid:

Triad Financial Services, Inc.
13901 Sutton Park Dr, Ste 300
Jacksonville, FL 32224

Padgett Law Group
6267 Old Water Oak Rd, Ste 203
Tallahassee, FL 32312

By Electronic CM/ECF Notice:

Case Trustee

US Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.