**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR SOUTHERN DISTRICT OF MISSISSIPPI (GULFPORT-6 DIVISIONAL OFFICE)**

| | | |
|---|---|---|
| **IN RE:** | **Lajada Brenya Johnson** | **CASE NO. 26-50518-KMS** |
| | **DEBTOR** | **CHAPTER 13** |

**Response to Objection to Notice of Postpetition Mortgage Fees, Expenses, and Charges**

COMES NOW, Triad Financial Services, Inc. ("Creditor"), by and through its attorneys and for its Response to Objection to Notice of Postpetition Mortgage Fees, Expenses, and Charges filed by the Debtor named herein states:

1. Creditor is a secured creditor in the above entitled case by virtue of its holding a note secured by a deed of trust affecting property of Debtor located at 212 County Road 5286, Bay Springs, MS 39422 . The note and deed of trust is payable in monthly installments and the property affected is the home of the Debtor.
2. Secured Creditor filed a Notice of Post-petition Mortgage Fees, Expenses and Charges for the above referenced Claim 3-1 on or about August 3, 2026, which included fees in the amount of $500.00 with a breakdown of $350.00 for Proof of Claim and $150.00 for the 410A.
3. The Debtor has filed an Objection to Notice of Postpetition Mortgage Fees, Expenses, and Charges on, or around, August 5, 2026 (D.E. 25).
4. Creditor asserts that these fees are recoverable from Debtor and are permitted pursuant to FNMA Guidelines.
5. Creditor reserves the right to supplement its response.

WHEREFORE, Creditor prays that this Court overrule Debtor's Objections to Post-Petition Mortgage Fees, Expenses or Charges [D.E. 25] and grant such other and further relief as the Court deems just and proper.

Dated this 3rd day of September, 2026.

OF COUNSEL:
PADGETT LAW GROUP
4245 Balmoral Drive SW
Suite 101
Huntsville, Alabama 35801
Brittany.Taylor@padgettlawgroup.com

BY: /s/ Sarah Dunagan Labosier
SARAH DUNAGAN LABOSIER
MS Bar No. 103522
Attorney for Creditor

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following parties either by U.S. Mail properly addressed with postage pre-paid or electronically through the Court's electronic filing system:

Lajada Brenya Johnson
212 CR 5286
Bay Springs, MS 39422
*Via U.S. Mail*

Thomas Carl Rollins, Jr, Attorney for Debtor
trollins@therollinsfirm.com
*Electronically*

David Rawlings, Trustee of Record
ecfnotices@rawlings13.net
*Electronically*

U.S. Trustee
USTPRegion05.JA.ECF@usdoj.gov
*Electronically*

Dated this 3rd day of September, 2026.

BY: /s/ Sarah Dunagan Labosier
SARAH DUNAGAN LABOSIER
MS Bar No. 103522