# Proceeding Minutes / Proceeding Memo

**Case #:** 26-50518 **Case Name:** Lajada Brenya Johnson

**Set:** 09/24/2026 10:30 am **Chapter:** 13 **Type:** bk **Judge** Katharine M. Samson

**matter** Notice of Postpetition Mortgage Fees, Expenses, and Charges (Claim # 3) with Certificate of Service Filed by Creditor Triad Financial Services, Inc.. (Dkt. #24)

Objection filed by the Debtor (Dkt. #25)

Response to Objection filed by Triad Financial Services, Inc. (Dkt. #28)

---

Minute Entry Re: (related document(s): [24] Notice of Postpetition Mortgage Fees, Expenses, and Charges filed by Triad Financial Services, Inc.) Sarah Labosier to submit an Agreed Order. Order due by 10/08/2026. Called in by Labosier's office. (mcc)