**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: October 22, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI (Gulfport-6 Divisional Office)**

| | |
|---|---|
| **IN RE: Lajada Brenya Johnson** | **CASE NO. 26-50518-KMS** |
| **DEBTOR.** | **CHAPTER 13** |

**AGREED ORDER RESOLVING DEBTOR'S OBJECTION TO NOTICE OF POST-PETITION MORTGAGE FEES, EXPENSES, AND CHARGES (DOCKET NO. 25)**

The Court is advised that the parties have settled the matter of the Debtor's Objection to Notice of Post-Petition Mortgage Fees, Expenses, and Charges (Docket No. 25). Counsel of the Creditor advised the Court that an agreement had been reached resolving the Debtor's Objection.

It is hereby Order:

1. That the amount of fees requested will be reduced to $350.00

##END OF ORDER##

SUBMITTED BY:

/s/ Sarah Dunagan Labosier
Sarah Dunagan Labosier
MS Bar No. 103522
PADGETT LAW GROUP
6267 Old Water Oak Road
Suite 203
Tallahassee, FL 32312
Email: Sarah.Labosier@padgettlawgroup.com

Order Approved by:

/s/ Thomas Carl Rollins, Jr.
Thomas Carl Rollins, Jr.
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236
601-500-5533
Email: trollins@therollinsfirm.com

/s/Samuel J. Duncan, Atty for
David Rawlings
David Rawlings, Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403
601-582-5011
Email: ecfnotices@rawlings13.net